**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-1094**

---

FRANCISCO JAVIER ROYO,

Petitioner - Appellant,

versus

COMMISSIONER OF INTERNAL REVENUE,

Respondent - Appellee.

---

On Appeal from the United States Tax Court. (Tax Ct. No. 96-6033)

---

Submitted: April 16, 1998                 Decided: April 30, 1998

---

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Francisco Javier Royo, Appellant Pro Se.  Bruce Raleigh Ellisen, Robert William Metzler, Joan Iris Oppenheimer, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the United States Tax Court's order dismissing his action for want of prosecution. We have reviewed the record and the tax court's opinion. Finding no abuse of discretion, we affirm. <u>See</u> <u>Hillig v. Commissioner</u>, 916 F.2d 171, 174 (4th Cir. 1990). Appellant's motion for stay pending receipt of his legal materials is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>